```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03707
    DONIELLE M DAVIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4043


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 02/19/2008 and was not confirmed.

    The case was dismissed without confirmation 04/14/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG        .00           .00           .00
EMC MORTGAGE               SECURED NOT I   46326.93           .00           .00
HSBC BANK/OCWEN LOAN       NOTICE ONLY     NOT FILED          .00           .00
RESCAP MORTGAGE            NOTICE ONLY     NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        2855.49           .00           .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY     NOT FILED          .00           .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00           .00           .00
OCWEN FEDERAL BANK         SECURED NOT I    1857.25           .00           .00
DELL FINANCIAL SERVICES    SECURED NOT I     200.00           .00           .00
DELL FINANCIAL SERVICES    UNSECURED        1538.57           .00           .00
RESCAP MORTGAGE            CURRENT MORTG        .00           .00           .00
RESCAP MORTGAGE            SECURED NOT I    5078.93           .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00           .00           .00
WELLS FARGO HOME MORTGAG   SECURED NOT I   50893.70           .00           .00
FORD MOTOR CREDIT          SECURED NOT I   15133.42           .00           .00
CHAD M HAYWARD             DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                            .00                 .00


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03707 DONIELLE M DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```